**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES STICKEL,** | : | |
|     Plaintiff | : | |
| | : | No. 1:15-cv-00252 |
| v. | : | |
| | : | (Judge Kane) |
| **SMP SERVICES, LLC., et al.,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW,** on this 1st day of March 2016, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for approval of the Settlement Agreement and General Release, (Doc. No. 26), is **GRANTED IN PART** as follows:

    a. The confidentiality provision in Paragraph 7, (Doc. No. 26-1 ¶ 7), is not approved as fair and reasonable;

    b. The attorneys' fees provision in Paragraph 1(b), (Doc. No. 26-1 ¶ 1(b)), is not approved as fair and reasonable; and

    c. In all other respects, the Settlement Agreement and General Release is approved as fair and reasonable.

2. Within sixty (60) days from the entry of this Order, Defendant shall show cause why the Court should not:

    a. Award Plaintiff's Counsel $16,773.75 in reasonable attorneys' fees and $588.36 in costs; and

    b. Dismiss the above-captioned case with prejudice in light of the Settlement Agreement and General Release, (Doc. Nos. 26; 26-1), to the extent it was deemed fair and reasonable.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
